Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

February 5, 2025

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA J. HELMAN, <br><br> Defendant. | NO. **CR25-019 TL** <br><br> **INDICTMENT** |

The Grand Jury charges that:

### COUNT 1

### (Unlawful Possession of a Firearm and Ammunition)

On or about December 22, 2024, in King County, within the Western District of Washington, JOSHUA J. HELMAN, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

    i.    *Possession of a Stolen Firearm*, in United States District Court for the Western District of Washington, under case number CR15-068RAJ, on or about October 16, 2015;

//
//

Indictment - 1
United States v. Helman
USAO No. 2025R00078

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that
2  is, a Ruger pistol, and ammunition, that is, 300 Black Out ammunition, that had been
3  shipped and transported in interstate and foreign commerce.
4      All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

6      The allegations contained in Count 1 of this Indictment are hereby realleged and
7  incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the
8  offense alleged in Count 1, JOSHUA J. HELMAN, shall forfeit to the United States,
9  pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United
10 States Code, Section 2461(c), any firearms and ammunition that were involved in the
11 offense, including but not limited to, one Ruger pistol and any associated ammunition,
12 and 300 Black Out ammunition, seized on or about December 22, 2024.

   **Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or,
   e. has been commingled with other property which cannot be divided without difficulty;

//
//
//

Indictment - 2
United States v. Helman
USAO No. 2025R00078

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States to seek the forfeiture of any other property of the
2  defendant, up to the value of the above-described forfeitable property, pursuant to
3  Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 3 Feb 25

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
STEPHEN HOBBS
Assistant United States Attorney

Indictment - 3
United States v. Helman
USAO No. 2025R00078

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970